IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2018 AUG -9  AM 10:31

| | | |
|---|---|---|
| TEXAS RETAILERS ASSOCIATION, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:18-CV-659-LY |
| | § | |
| UNITED STATES DEPARTMENT OF | § | |
| AGRICULTURE, | § | |
| DEFENDANT. | § | |

## ORDER

Before the court is the above-referenced cause. On August 8, 2018, the court a telephone conference with counsel on Plaintiff's Amended Application for Temporary Restraining Order, at the conclusion of which court rendered the temporary -restraining order and scheduled a preliminary-injunction hearing by separate order and further ordered the following motion-briefing schedule now memorialized in this Order.

**IT IS ORDERED** that Plaintiff shall file a brief on Plaintiff's application for preliminary injunction **on or before Tuesday, August 14, 2018, at 5:00 p.m CDT**.

**IT IS FURTHER ORDERED** that Defendant may file a responsive brief **on or before Monday, August 20, 2018, at 5:00 p.m CDT**.

SIGNED this _____ day of August, 2018.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE